No. 91–6057. SCHULZ *v.* WASHINGTON COUNTY ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 91–6066. VURAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6122. WHITAKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6159. GOMEZ *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 91–6223. NEWSOME *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6240. SANCHEZ-BERRIDI *v.* MONCUR ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6244. LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6291. SHAID *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6297. MUNOZ HERRERA *v.* UNITED STATES;
No. 91–6375. MARIN-PINEDA *v.* UNITED STATES; and
No. 91–6398. SEGURA PRETEL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 939 F. 2d 233.

No. 91–6320. PADRON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6333. BURKES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6514. WHITE *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–6543. STURGILL *v.* THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 91–6544. THOMAS *v.* PARCEL OF REAL PROPERTY KNOWN AS 3201 CAUGHEY ROAD ET AL. C. A. 3d Cir. Certiorari denied.